**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

MAR 2 8 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                          INDICTMENT NO. 6:24-Cr-20-REW

**CEDRIC K. SHROPSHIRE and**
**KENDALL M. BOYNTON**

*     *     *     *     *

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**21 U.S.C. § 846**

On or about February 27, 2024, in Clay County, in the Eastern District of

Kentucky, and elsewhere,

**CEDRIC K. SHROPSHIRE and**
**KENDALL M. BOYNTON**

did conspire with each other and others to knowingly and intentionally distribute 500

grams or more of a mixture or substance containing a detectible amount of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about February 27, 2024, in Clay County, in the Eastern District of

Kentucky, and elsewhere,

**CEDRIC K. SHROPSHIRE and**
**KENDALL M. BOYNTON,**

aided and abetted by each other, did knowingly and intentionally possess with the intent

to distribute 500 grams or more of a mixture or substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 841(a)(1).

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1.      By virtue of the commission of the felony offense alleged in the Indictment,

**CEDRIC K SHROPSHIRE** and **KENDALL M. BOYNTON** shall forfeit to the United

States any and all property used, or intending to be used, to commit and/or to facilitate the

commission of the violations of 21 U.S.C. §§ 841 and 846, and any and all property

constituting proceeds obtained directly or indirectly as a result of the commission of the

violation of 21 U.S.C. §§ 841 and 846. Any and all interest that **CEDRIC K**

**SHROPSHIRE** and **KENDALL M. BOYNTON** has in this property is vested in and

forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**

1. $11,881.00 in United States currency seized on February 27, 2024.

3.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1 &2:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:**
Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.